Argued and submitted December 13, 1993, affirmed May 25, 1994

## STATE OF OREGON,
*Appellant,*

*v.*

## DIRK ANDREW DeVRIES,
*Respondent.*

(92-1723, 92-1724;
CA A76499 (Control), A76500)
(Cases Consolidated)

875 P2d 470

Timothy A. Sylwester, Assistant Attorney General, argued the cause for appellant. With him on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

William S. Brennan argued the cause and filed the brief for respondent.

Before Deits, Presiding Judge, and Riggs and Haselton,* Judges.

PER CURIAM

Affirmed. *State v. Cookman*, 127 Or App 283, 873 P2d 335 (1994).

---

* Haselton, J., *vice* Durham, J.